```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA               :
                                       :  20 CR 14 - 1
     -against-                         :  ORDER
                                       :
Leonardo Bautista                      :
                                       :
         Defendant                     :
                                       :
---------------------------------------X
```

Richard M. Berman, United States District Judge:

On consent of Pre-trial Services + the parties,

ORDERED that the defendant's bail be modified to remove the condition of home detention with location monitoring.

Dated: New York, New York
~~March ___, 2020~~
April 9, 2020

SO ORDERED

_____
Richard M. Berman
United States District Judge