**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

LEONARDO BAUTISTA,
JOSE RAMIREZ-ENCARNACION,
                Defendants.
------------------------------------------------------------X

20 CR. 14 (RMB)

**ORDER**

        The Court will hold a telephone status conference on Wednesday, November 18, 2020 at 11:30 AM.

        Participants, members of the public and the press can use the following dial-in information:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 2014

Dated: November 13, 2020
       New York, NY

                                        RICHARD M. BERMAN
                                        U.S.D.J.