```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA
                                    :
            - v. -                          ORDER
                                    :
LEONARDO BAUTISTA,
                                    :     20 Cr. 014 (RMB)

            Defendant.              :

------------------------------------x
```

WHEREAS, defendant LEONARDO BAUTISTA requests to schedule a proceeding to enter a guilty plea before a Magistrate Judge;

WHEREAS, the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

WHEREAS, the Court understands that the Magistrate Judge on duty shall hear the defendant's plea by telephone because videoconferencing is not reasonably available;

WHEREAS, the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

THE COURT HEREBY FINDS, that because the defendant has consented to proceeding remotely, and for the reasons set forth on the record during the November 18, 2020 status conference in this matter, the plea cannot be further delayed without serious harm to the interests of justice.

SO ORDERED:

Dated:   New York, New York
         <u>November 30</u>, 2020

_____
THE HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK