UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
:
UNITED STATES OF AMERICA :
:   **ORDER**
- v. - :
:   20 CR 14 (RMB)
LEONARDO BAUTISTA, :
:
:
Defendant. :
:
------------------------------- x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on December 11, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Sentence is scheduled for April 8, 2021 at 9:30 am. Defense submission is due 3/25/21 and Government submission is due 4/1/21.

SO ORDERED:

Dated:   New York, New York
         January 14, 2021

_____
THE HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK