**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
Jennifer L. Brown
Attorney-in-Charge

May 11, 2021

<u>VIA ECF</u>
The Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *United States v. Leonardo Bautista*, 20 Cr. 14 (RMB)

Honorable Judge Berman:

On behalf of Mr. Bautista, and with the consent of the Government, I write to respectfully request that the Court adjourn the sentencing hearing currently scheduled in the above-captioned matter for Monday, May 17, 2021 at 10:30 a.m. for 30 days.

The adjournment is requested to allow the Defense sufficient time to review the Presentence Investigation Report, to obtain letters of support from Mr. Bautista's family for the Court's consideration at sentencing, and to finalize the Defense sentencing submission.

I have discussed this matter with Assistant United States Attorney Matthew Hellman who graciously consents on behalf of the United States.

Thank you for your considering this request.

Respectfully submitted,

/s/
_____
Christopher Flood, Esq.
Assistant Federal Defender
(212) 417-8734

---

Sentence is adjourned to 7/1/21 at 9:30 am.
Defense submission is due 6/16/21.
Government submission is due 6/23/21.

SO ORDERED:
Date: 5/12/21
*Richard M. Berman*
Richard M. Berman, U.S.D.J.