**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                             20 CR. 14 (RMB)
 -against-

                                                                             **ORDER**

LEONARDO BAUTISTA,
                Defendants.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the sentencing proceeding scheduled for Wednesday, August 4, 2021 at 9:30 AM will be held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (917) 933-2166
    Access Code: 461 639 739

Dated: July 28, 2021
       New York, NY

                                                                *Richard M. Berman*
                                                         _____
                                                           RICHARD M. BERMAN
                                                                  U.S.D.J.