**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

Application granted.

SO ORDERED:
Date: 9/3/21
Richard M. Berman, U.S.D.J.

<u>VIA ECF</u>
The Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *United States v. Leonardo Bautista*, 20 Cr. 14 (RMB)

Honorable Judge Berman:

With the consent of the Government, and on behalf of Mr. Bautista, I write to respectfully request that the Court extend the date by which he is scheduled to surrender to the Bureau of Prisons for two weeks, from September 7, 2021 to September 21, 2021.

On Wednesday evening, September 1, 2021, Mr. Bautista was designated to Lewisburg USP SCP and is currently scheduled to surrender at that central Pennsylvania facility by 10:00 A.M. on September 7, 2021. Presently, Mr. Bautista's family is abroad and their return has been delayed until approximately September 13, 2021. The requested brief extension would allow Mr. Bautista to spend important time together with his young children before he surrenders to serve his 24-month sentence at a facility where family COVID restrictions are at the highest level, visitation is currently suspended, and where visitation will be limited once it resumes.[1]

I have discussed this request with Assistant United States Attorney Matthew Hellman, who consents on behalf of the United States.

Thank you for your considering this request.

Respectfully submitted,

/s/ Christopher Flood

Christopher Flood, Esq.
Assistant Federal Defender
(212) 417-8734

cc:   AUSA Matthew Hellman (via ECF)

---

[1] *See* https://www.bop.gov/locations/institutions/lew/ *last visited September 3, 2021 at 12:08 P.M.*