**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
                    Government,      :        20 CR. 14 (RMB)
                                     :
          - against -                :        **ORDER**
                                     :
LEONARDO BAUTISTA,                   :
                    Defendant.       :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, September 11, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 188 003 810#

Dated: September 6, 2023
      New York, NY

                                                          **RICHARD M. BERMAN**
                                                                **U.S.D.J.**