UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :
                Government,   :   20 CR. 14 (RMB)
                                       :
       - against -                  :   **ORDER**
                                       :
LEONARDO BAUTISTA,                     :
                Defendant.    :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, October 24, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 856 730 374#

Dated: October 18, 2023
       New York, NY

                                                        **RICHARD M. BERMAN**
                                                          **U.S.D.J.**