UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                    :
                Government,                 :      20 CR. 14 (RMB)
                                                    :
        - against -                                :      **ORDER**
                                                    :
LEONARDO BAUTISTA,                                  :
                Defendant.                  :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, January 18, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 329 914 94#

Dated: January 10, 2024
       New York, NY

                                                    */s/ Richard M. Berman*
                                          **RICHARD M. BERMAN**
                                                  **U.S.D.J.**