**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                                         :
                              Government,            :            20 CR. 14 (RMB)
                                                                         :
            - against -                             :            **ORDER**
                                                                         :
LEONARDO BAUTISTA,                                    :
                               Defendant.              :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, March 25, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 933 001 082#

Dated: March 18, 2024
       New York, NY

                                                                                 *Richard M. Berman*
                                                                     **RICHARD M. BERMAN**
                                                                           **U.S.D.J.**