UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                    :
                        Government,      :        20 CR. 14 (RMB)
                                                    :
        - against -                              :        **ORDER**
                                                    :
LEONARDO BAUTISTA,                                  :
                        Defendant.       :
---------------------------------------------------------------x

       The supervised release hearing is scheduled for Thursday, May 23, 2024 at 10:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 382 105 417#

Dated: May 15, 2024
       New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**