UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>LEONARDO BAUTISTA,<br><br>                    Defendant. | 20-CR-14 (RMB)<br><br>**ORDER** |

The supervised release hearing is scheduled for Monday, August 12, 2024, at 9:00 AM.

The proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442

Conference ID: 106 540 006#

Video Link: hyperlinked here

Mr. Bautista was sentenced on August 4, 2021 to 24 months in prison followed by four years of supervised release for conspiracy to distribute and possess with intent to distribute drugs. Bautista has been under supervision since July 3, 2023, and supervision is scheduled to expire on July 2, 2027.

Mr. Bautista has been compliant with all of his conditions of supervision. He has incurred no violations of supervised release. At the upcoming hearing, the Court expects to hear a request regarding reduction or completion of treatment.

Date: August 7, 2024
New York, New York

_____
**RICHARD M. BERMAN, U.S.D.J.**