UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
                    Government,      :      20 CR. 14 (RMB)
                                     :
        - against -                  :      **ORDER**
                                     :
LEONARDO BAUTISTA,                   :
                                     :
                    Defendant.       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 7, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 981 767 57#

Dated: October 30, 2024
       New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**