**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Government, | 20-CR-14 (RMB) |
| -against- | **ORDER** |
| LEONARDO BAUTISTA, | |
| Defendant. | |

The Court approves Mr. Leonardo Bautista's travel to the Dominican Republican from February 21, 2025 to March 4, 2025.

Date: February 5, 2025
New York, New York

_RMB_
**RICHARD M. BERMAN, U.S.D.J.**