UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                              :
                       Government,          :   20 CR. 14 (RMB)
                                              :
        - against -                     :   **ORDER**
                                              :
LEONARDO BAUTISTA,                            :
                                              :
                       Defendant.          :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, May 8, 2025 at 10:00 A.M.

On all the parties' consent, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   Dial-in Number: (646) 453-4442
   Conference ID: 530 238 537#

Dated: April 30, 2025
       New York, NY

                                                      _Richard M. Berman_
                                                 **RICHARD M. BERMAN**
                                                        **U.S.D.J.**